Opinion issued
September 29, 2011.



In
The

Court of
Appeals

For
The

First District
of Texas

————————————

NO. 01-11-00032-CV

———————————

Inderjit Cheema, Vikram S. Cheema, 128 Texas, LLC, US
Cheema, Inc., and 1495 JG, Inc., Appellant

V.

Kuldip
Singh, Appellee



 



 

On Appeal from the 113th
District Court

Harris County, Texas



Trial Court Case No. 2008-46586

 



 

 

MEMORANDUM
OPINION

 

          This is an appeal from a
judgment signed October 18, 2010.  The
parties have filed a joint motion indicating all matters of controversy and
issues in dispute have been resolved and ask us to render a take-nothing
judgment on all claims and counterclaims in accordance with their agreement.  See Tex. R. App. P. 42.1. 

The motion is granted. 
We reverse the judgment of the trial court and render a take-nothing
judgment on all claims and counterclaims. 
See Tex. R. App. P.
42.1(a)(2)(A).  The Clerk is directed to
issue mandate within 10 days of the date of this opinion.  See Tex.
R. App. P. 18.1.

PER CURIAM

 

Panel consists of Chief
Justice Radack and Justices Brown and Huddle.